694

*A. Chritton* for respondent.

No. 716. HUSSOCK *v.* STATE OF NEW YORK. See *ante,* p. 659.

No. 15, original. EARLEY *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. Co. March 3, 1941. Motion for leave to file a petition for writ of certiorari granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of these applications. *John J. Earley, pro se.*

No. 688. LATIMER *v.* STATE OF WASHINGTON ET AL. March 3, 1941. Petition for writ of certiorari to the Supreme Court of the State of Washington, and motion for leave to proceed further *in forma pauperis,* denied. *George D. Latimer, pro se.*

No. 713. FLETCHER *v.* EVENING STAR NEWSPAPER Co. March 3, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Edmond C. Fletcher, pro se.*